UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CR-00269-FDW-DCK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| ANTHONY D. WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the Court on Defendant's Pro Se "Emergency Life or Death Motion for Compassionate Release . . .", (Doc. No. 7). After reviewing the Motoin, the Court DIRECTS the Government to file a response to the Motion within twenty-one days of this Order. Defendant shall have twenty-one (21) days after service of the Government's response to file a final reply brief.

IT IS SO ORDERED.

Signed: September 11, 2023

Frank D. Whitney
United States District Judge