UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CR-00269-FDW-DCK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| ANTHONY D. WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's *pro se* motions for an emergency injunction (Doc. No. 3), to expedite a hearing for his temporary release (Doc No. 13), and for compassionate release (Doc Nos. 6 and 7). For the reasons set forth below, Defendant's Motions are **DENIED**.

The Court has scheduled a final hearing regarding revocation of supervised release as to Defendant Anthony D. Williams for Monday, January 8, 2024. Therefore, Defendant's motions for an emergency injunction and to expedite a hearing for his temporary release are **DENIED** as **MOOT**.

Defendant is not entitled to relief under 18 U.S.C. § 3582(c)(1)(A). Informally known as the "compassionate release" statute, Section 3582(c)(1)(A) permits a defendant to seek a modification of his sentence for "extraordinary and compelling reasons." *Id.* § 3582(c)(1)(A). This remedy is only available "upon motion of the Bureau of Prisons" or if the defendant has "fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier." *Id.* § 3582(c)(1)(A). Relief under this statue is not available to Defendant because he is not serving a sentence in the custody of the Bureau of

1

Prisons. He is detained pending a final hearing regarding revocation of his supervision. In sum, Defendant's lacks standing under the statute.

**IT IS THEREFORE ORDERED** that Defendant's Motions for an emergency injunction (Doc. No. 3), to expedite a hearing for his temporary release (Doc. No. 13), and for compassionate release (Doc. Nos. 6 and 7) are denied.

**IT IS SO ORDERED.**

Signed: January 4, 2024

Frank D. Whitney
United States District Judge